THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVIS P. VINSCHREIBER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NEW BERN TRANSPORT CORPORATION, a Delaware corporation; PEPSICO, INC., a North Carolina corporation,<br><br>　　　　Defendants. | No. 2:25-cv-01814-JLR<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANTS TO FILE AND SERVE ANSWER TO PLAINTIFF'S COMPLAINT<br><br>Noted for Hearing:　October 14, 2025<br>　　　　　　　　　　Without oral argument |

## **ORDER**

Based upon the stipulation of the parties (Dkt. # 11), it is hereby:

ORDERED that, in the above-captioned matter, the deadline for Defendants New Bern Transport Corporation and PepsiCo, Inc. to respond and file an answer to Plaintiff Davis P. Vinschreiber's Complaint (Dkt. # 3) is hereby EXTENDED to Thursday, November 13, 2025.

IT IS SO ORDERED this 15th day of October, 2025.

_____
The Honorable James L. Robart

ORDER GRANTING STIPULATED MOTION TO EXTEND
DEADLINE FOR DEFENDANTS TO FILE AND SERVE ANSWER
TO PLAINTIFF'S COMPLAINT - 1
(Case No. 2:25-cv-01814-JLR)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404